# 1006

Judge Levet's rejection of the claim for interest from December 1949 based on an equitable "use of money" doctrine is entirely sound. Neither Manning v. Seeley Tube & Box Co., 338 U.S. 561, 70 S.Ct. 386, 94 L.Ed. 346 (1950), nor United States v. Koppers Co., 348 U.S. 254, 75 S.Ct. 268, 99 L.Ed. 302 (1955), creates any such doctrine. Mutuality of result is irrelevant; for interest to run against the Government, taxpayer must point to a specific statutory provision. There is none for this situation. In any case, there is really no "prepayment" involved here. The tax was due in 1944. Only because Congress took into account the complicated redeterminations was taxpayer not liable for interest on the tax then due from an earlier date.

Affirmed.

City, on the brief, Laurence Vogel, Asst. U. S. Atty., Harry Marselli, Atty., Dept. of Justice, of counsel), for defendant-appellee.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM.

We affirm the judgment of the District Court for the reasons stated in Judge Levet's opinion, 230 F.Supp. 518 (S.D. N.Y.1964). See also Universal Pictures Co. v. United States, 345 F.2d 1002 (2d Cir. 1965).

**UNIVERSAL FILM EXCHANGES, INC.,
Plaintiff-Appellant,**

**v.**

**UNITED STATES of America,
Defendant-Appellee.**

**No. 145, Docket 29106.**

United States Court of Appeals
Second Circuit.

Argued Dec. 11, 1964.

Decided May 19, 1965.

Meade C. Patrick, Washington, D. C. (Gardner, Morrison & Rogers, Washington, D. C., on the brief, Adolph Schimel, New York City, of counsel), for plaintiff-appellant.

Arthur S. Olick, Asst. U. S. Atty. (Robert M. Morgenthau, U. S. Atty., for Southern Dist. of New York, New York

**Everett ROBINSON, Appellant,**

**v.**

**UNITED STATES of America,
Appellee (three cases).**

**Nos. 7746–7748.**

United States Court of Appeals
Tenth Circuit.

May 26, 1965.

